1                    IN THE UNITED STATES DISTRICT COURT

2                            DISTRICT OF UTAH

3                            CENTRAL DIVISION

4

5    UNITED STATES OF AMERICA,    )

6                 Plaintiff,      )

7       vs.                       )   Case No. 2:10-CR-1109 TS

8    VIRGIL HALL,                 )

9                 Defendant.      )

10   _____)

11

12        BEFORE MAGISTRATE JUDGE ROBERT T. BRAITHWAITE

13   ----------------------------------------------

14                      December 20, 2010

15                      Initial Appearance

16   Transcript Prepared From An Electronically Recorded Hearing

17

18

19

20

21

22

23   REPORTED BY: Patti Walker, CSR, RPR, CP

24.  350 South Main Street, #146, Salt Lake City, Utah   84101

25

Appx.
One

```
 1                         A P P E A R A N C E S

 2

 3
        For Plaintiff;                   Paul Kohler, AUSA
 4                                       20 North Main Street, #208
                                         St. George, Utah  84770
 5

 6
        For Defendant:                   Ryan Stout
 7                                       DOUGLAS D. TERRY & ASSOCIATES
                                         132 West Tabernacle, Bldg B
 8                                       St. George, Utah  84770

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        ST. GEORGE, UTAH; MONDAY, DECEMBER 20, 2010; 1:00 P.M.

 2                          PROCEEDINGS

 3             THE COURT:  USA vs. Virgil Hall.

 4             It looks like I signed a warrant on the 7th.  Has

 5   he been arrested?

 6             MR. KOHLER:  He's actually back there now.

 7             THE MARSHAL:  What was the name, Your Honor?

 8             THE COURT:  Virgil Hall.

 9             MR. STOUT:  Your Honor, I have not spoken with him

10   yet.

11             THE COURT:  Are you Virgil Hall?

12             MR. HALL:  Yes, sir.

13             THE COURT:  You can go ahead and sit down.

14             I need to advise you that you are charged with

15   possessing cocaine with intent to distribute.  You are

16   entitled to have an attorney, and if you can't afford one, I

17   will appoint one at no cost.

18             Has he filled out an affidavit?  If not, I will

19   just ask some questions.

20             MR. STOUT:  He has actually.

21             THE COURT:  Go ahead and bring it up.  Same with

22   Mr. (Inaudible).  That will work.

23             So I will make an appointment of an attorney.

24   Mr. Stout is here, and he will represent you.  I need to

25   advise you that you have the right not to make any
```

1    statements against your own self-interest.  Anything you say

2    can be used against you, but anything you say to your

3    attorney is confidential between the two of you.

4              Is the government seeking detention?

5              MR. KOHLER:  Yes, sir.

6              THE COURT:  Go ahead.

7              MR. STOUT:  We would like to have a detention

8    hearing regarding that matter.  I am not sure when the next

9    court date would be available for that.

10             THE COURT:  I don't have one scheduled until

11   January 10th, but that's too long.

12             Shall we go the 22nd or 23rd or --

13             MR. KOHLER:  We are available whenever, Your

14   Honor.  I hate to drag you down for that, but --

15             THE COURT:  Let's do it, then, the 23rd at one

16   o'clock.

17             THE CLERK:  Your Honor, the Court is closing at

18   noon that day.

19             THE COURT:  What about the 22nd?

20             MR. STOUT:  Wednesday at noon -- or, excuse me, at

21   one?

22             THE COURT:  At one.

23             MR. STOUT:  That will be sufficient for us, Your

24   Honor.

25             THE COURT:  Will that work for you?

1          MR. KOHLER:  Yes, sir.

2          THE COURT:  So we will have a detention hearing in

3   two days.  You will remain incarcerated until then.  And we

4   will provide you with a copy of the indictment before then.

5   That's it.

6          Next case will be Larry Woods.

7          I'm sorry.  Did you have something else?

8          MR. STOUT:  I did.  I just wanted to make sure

9   that he is being housed here in Washington County, or is

10  going back up to Ogden?

11         THE COURT:  Right.  Okay.

12         MR. STOUT:  I just need to know where I can get

13  ahold of him.

14         THE COURT:  Does he want to be held in federal

15  custody?

16         MR. STOUT:  Yes.  We would ask that he be

17  transferred to federal custody at this time.

18         MR. KOHLER:  Your Honor, my understanding is the

19  state charges have been dropped to both he and the

20  co-defendant.

21         MR. STOUT:  Thank you.

22         THE COURT:  All right.

23         (Whereupon, the proceeding was concluded.)

24

25

1                    C E R T I F I C A T E

2

3

4          I hereby certify that the foregoing matter is

5   transcribed from the stenographic notes taken by me and is a

6   true and accurate transcription of the same.

7

8

9

10

11

12

13

14

15

16   PATTI WALKER, CSR-RPR-CP      DATED: 2-11-13
     Official Court Reporter
17   350 South Main Street, #146
     Salt Lake City, Utah  84101
18   801-364-5440

19

20

21

22

23

24

25

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                            DISTRICT OF UTAH

 3                            CENTRAL DIVISION

 4

 5    UNITED STATES OF AMERICA,       )

 6              Plaintiff,            )

 7       vs.                         )   Case No. 2:10-CR-1109 TS

 8    VIRGIL HALL,                    )

 9              Defendant.           )

10    _____)

11

12          BEFORE MAGISTRATE JUDGE ROBERT T. BRAITHWAITE

13          -------------------------------------------------

14                         December 21, 2010

15                         Detention Hearing

16    Transcript Prepared From An Electronically Recorded Hearing

17

18

19

20

21

22

23    REPORTED BY: Patti Walker, CSR, RPR, CP

24    350 South Main Street, #146, Salt Lake City, Utah  84101

25
```

Appx.
Two

1                          A P P E A R A N C E S

2

3
    For Plaintiff;                        Paul Kohler, AUSA
4                                         20 North Main Street, #208
                                          St. George, Utah  84770
5

6
    For Defendant:                        Ryan Stout
7                                         DOUGLAS D. TERRY & ASSOCIATES
                                          132 West Tabernacle, Bldg B
8                                         St. George, Utah  84770

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1   ST. GEORGE, UTAH; TUESDAY, DECEMBER 21, 2010; 10:30 A.M.

 2                          PROCEEDINGS

 3            THE COURT:  Court calls USA vs. Virgil Hall.  This

 4   is set for a detention hearing.  And I've received and just

 5   barely read Pretrial Services' report.

 6            Have both sides had a chance to see that?

 7            MR. KOHLER:  Yes, sir.

 8            MR. STOUT:  We have, Your Honor.

 9            THE COURT:  Go ahead.  Recommendations, reaction,

10   witnesses, whatever you want to put on.

11            MR. KOHLER:  Your Honor, I would just like to tick

12   off a few of the basics under the 3142 factors, under 18

13   U.S.C.  First of all, there is a presumption of detention

14   that comes with the possibility of ten or more years of

15   prison.  In this case the defendant faces, we think, a

16   minimum of ten years, combined with the drugs and his

17   criminal history.  So there is an obvious presumption.

18            The nature and the circumstances of the offense

19   under (g)(1) include a controlled substance offense.  This

20   case involved both cocaine and cash.  The defendant was a

21   driver of the vehicle where these substances were found.

22   The weight of the evidence is strong in that regard.

23            The defendant is about 40 years old and for the

24   last 20 plus years just has a long record of being involved

25   in drugs and crime.
```

1          Based on all those factors, Your Honor, the

2    government would submit that detention is appropriate.

3          THE COURT:  How much money was there?

4          MR. KOHLER:  There was in the neighborhood of

5    $11,000 I think.

6          THE COURT:  What's the street value, ballpark, for

7    one pound or whatever?

8          MR. KOHLER:  I wish I could say.

9          THE COURT:  Any DEA guys here?

10         MR. KOHLER:  We don't have any guys here.

11         THE COURT:  All right.

12         MR. STOUT:  Thank you, Your Honor.

13         As Mr. Kohler points out -- I will also agree that

14   despite the Pretrial Services' report that indicates there

15   is not a presumption, he is facing a five-year minimum

16   mandatory, but likely ten years because of prior history.

17   So I don't disagree with the government that there is a

18   rebuttal presumption for detention.

19         Having said that, as Mr. Kohler pointed out,

20   Mr. Hall is 40 years old, has lived in Michigan for -- since

21   1994, with a brief stay of about ten months, a little bit

22   less than a year, in North Carolina, he and his wife.  His

23   wife works for an auto supplier plant for GM.  It's an auto

24   supplier plant.  Makes good money there.  She followed a job

25   to North Carolina where they were opening a new plant.  When

1   everything turned south a few years ago, they decided not to

2   complete that plant, so they went back to Michigan where he

3   and his wife continue to reside.  Has been married for five

4   years.  Between the two of them, they have five kids from

5   prior relationships.  There's no minor children in the home,

6   though, I would point out.

7        Mr. Hall is a student at Lansing Community

8   College, is looking forward to starting back up in January,

9   has been involved this semester, but obviously with him

10  being incarcerated for the last few weeks makes that

11  difficult.

12       The fact that the Court needs to look at is

13  whether there's a combination of factors that would allow

14  him to be released, to keep him safe, keep the community

15  safe, and to assure his appearance at court.  With his

16  wife's income, I believe that he has the financial ability

17  to be able to make the trip back to southern Utah when

18  necessary.

19       In addition to that, his father-in-law is the

20  pastor of the church that he belongs to and is also

21  supportive, emotionally as well as financially.

22       So I think that concern that whether he can

23  actually afford to make the trip back, I think there is some

24  assurance there that he would be able to make the trip.

25       He indicates his priors.  I was a little confused

 1   to be honest, and obviously, with this being such a quick

 2   setting, didn't have enough time to sort out his criminal

 3   history.  He indicates he does have a prior 1997 conviction

 4   for possession.  The record that was provided to us this

 5   morning indicates that in a period of a few months that

 6   perhaps there were four or five charges, which accounts for

 7   most of his felony charges.  I haven't been able to sort

 8   those out, whether they are different or not.  It looks like

 9   they might be different, but that is different than his

10   record to me.  If so, it was all back in 1997, all within a

11   short matter of time.

12        He doesn't have any -- I will point out he doesn't

13   have any crimes of violence on his record, no indication

14   that he is a threat that way to the community.

15        One last thing I do want to point out.  His wife,

16   who has been working in this auto plant -- or supplier

17   plant, is scheduled to undergo surgery -- shoulder and hand.

18   I believe it's work related.  I don't know if the Court is

19   very familiar with shoulder surgery, but the doctors have

20   indicated to her that she is not supposed to use that arm

21   basically, other than just having it there, for six to eight

22   weeks.

23        So we are going to ask the Court to consider

24   releasing Mr. Hall.  Two things, one, to Pretrial Services,

25   that he be allowed and afforded that privilege and

1   opportunity to prove that he can do whatever conditions the

2   Court would have him do.  But obviously reporting and drug

3   testing, seeking full-time employment.  All those

4   conditions.  He has no objection to that.

5            I would also point out that under the statute

6   there is an indication, it's Section 3142(c)(xiii) -- little

7   xiii, x-i-i-i -- that indicates that defendant can return to

8   custody for specified hours following release for

9   employment, schooling or other religious purposes.

10           If the Court is inclined to keep him in custody,

11   we are asking that he be allowed, at a minimum, to be

12   released for those six to eight weeks after his wife's

13   surgery to help take care of her while she is not able to

14   use that arm.  If the Court is inclined to just release him

15   with Pretrial Services and keep him out, that is obviously

16   our preference.  I believe the Court would be allowed to

17   even just release him for that six to eight weeks so that he

18   can help take care of his wife.

19           Other than that, I think we will submit it.  I

20   know the Court knows our position and our recommendation and

21   ask the Court to follow the recommendation of the Pretrial

22   Services.

23           THE COURT:  Anything else?

24           MR. STOUT:  No, sir.

25           THE COURT:  As I look at this, I believe I need to

1   have him remain incarcerated.  The number one reason for me

2   is criminal record.  And, granted, some of these say

3   disposition unknown.  But, still, there are ten felonies

4   spread out over 22 years.  October of '88, felony.  December

5   of '88 -- that's a misprint.  August '91, felony.  July '93,

6   misdemeanor.  January '95, felony.  March '97, felony.

7   April '97, felony.  August '97, felony.  October '97,

8   felony.  He gets seven years prison, but somehow he ends up

9   with another felony two years later.

10          MR. STOUT:  Your Honor, if I may correct that.  I

11   believe that he may have been sentenced to seven years, but

12   he did not do seven years.

13          THE COURT:  State judge, zero to five, be out in

14   three months?

15          MR. STOUT:  Yeah.

16          THE COURT:  Anyway, the list just goes on through

17   2010.

18          Also the presumption is there for incarceration.

19   The nature of the offense, the strength of the evidence, and

20   the out-of-state situation with lack of local ties.

21          For all of those reasons, I am going to order that

22   he remain detained pending further proceedings in this case.

23          Would you like to have a plea entered today so

24   things keep moving or would you rather have time and

25   schedule arraignment at a later time?

1           MR. STOUT:  Your Honor, I think we will enter a

2    not guilty plea at this time to the indictment, to the

3    single charge, and go from there.

4           THE COURT:  Not guilty is the plea and we will do

5    a pretrial order today.

6           Anything else to come before the Court?

7           MR. KOHLER:  No, Your Honor.

8           MR. STOUT:  Your Honor, if further evidence comes

9    forward, will you revisit detention?

10          THE COURT:  Sure.  And if you find that -- and I

11   am relying on just the convictions, although I mentioned

12   those that don't show a disposition.  But if you find

13   something that is different on the criminal record, you can

14   bring that back in front of me.

15          MR. STOUT:  Thank you, Your Honor.

16          (Whereupon, the proceeding was concluded.)

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3

4          I hereby certify that the foregoing matter is

5 transcribed from the stenographic notes taken by me and is a

6 true and accurate transcription of the same.

7

8

9

10

11

12

13

14

15

16 PATTI WALKER, CSR-RPR-CP     DATED: 2-11-13
   Official Court Reporter
17 350 South Main Street, #146
   Salt Lake City, Utah  84101
18 801-364-5440

19

20

21

22

23

24

25

| | Log Event | Event Type | Description | Responsible Officer | Start Date |
|---|---|---|---|---|---|
| 1 | 23321 | ROA | RELEASED TO OTHER AGENCY | Keil, Julie | 6/7/2011 4:31 AM |
| 1 | 84846 | OTC | OUT TO COURT | Cannon, Gregory | 9/12/2011 8:23 AM |
| 1 | 120871 | OTC | OUT TO COURT | Whitney, Clint | 11/8/2011 7:42 AM |
| 1 | 133420 | ROA | RELEASED TO OTHER AGENCY | Shoemaker, Jenn | 11/29/2011 10:10 AM |
| 1 | W2080071 | OTC | OUT TO COURT | Mulitalo, Karl | 4/18/2011 8:18 AM |

**Washington County Sheriff's Office**
750 South 5300 West
Hurricane, Utah 84737

ω3

Virgil Hall #17730-081
Medical Center for Federal Prisoners
PO Box 4000
Springfield, MO 65801-4000

TO: United States
Assit. Attorney
Paul Kohler
20 North Main ST #208
St. George, UT 84770

FROM: Virgil Hall #17730-081
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

I case No. 2:10-CR-01109-TS United States v. Virgil Hall
1. Request chain of custody of the drugs found in traffic stop Nov. 3, 2010
2. The grand jury testimony of all witnesses that testified at Virgil Hall trial on June 8-9, 2011.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_ .
(Requester)

Dated this _14_ day of _June_ , 20 _21_

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: _Virgil Hall #17730-081_
CURRENT ADDRESS: _MCFP Springfield P.O. Box 4000 Springfield, MO 65801_
DATE OF BIRTH: _07/06/1970_
PLACE OF BIRTH: _St. Louis MO_
EMPLOYEE I.D. NUMBER: _N/A_

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this _14_ day of _June_ , 20 _21_

Signature: _Virgil Hall_ _no_

Exhibit One

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO: Iron County Attorney's Office   FROM: Virgil Hall #17730-081
82. N. 100 E                                    MCFP Springfield
STE. 201                                         P.O. Box 4000
Cedar City, UT 84720                      Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Virgil Hall, SSN 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 was arrested November 3, 2010 in Cedar City, UT and I am requesting the charges filed against me, a chain of custody of the drugs seized doing the arrest and any and all papers/material concerning Virgil Hall including a docket sheet.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_
                                              (Requester)

Dated this 23 day of August, 20 21

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Virgil Hall
CURRENT ADDRESS: MCFP Springfield, P.O. Box 4000, Springfield, MO 65801
DATE OF BIRTH: July 6, 1970
PLACE OF BIRTH: St Louis, MO
EMPLOYEE I.D. NUMBER: N/A

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this 23 day of August, 20 21   Signature: _Virgil Hall_
                                                                                        NO

TO: DOJ/EOUSA/FOIA

FROM: Virgil Hall #17730-081

175 N. ST., NE, 3 CON BLDG

MCFP Springfield

RM. 5400

P.O. BOX 4000

Washington, DC 20530

Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Mr. Hall is requesting from Case No. 2:10-CR-01104-TS the chain of custody of the drugs, grand jury testimony of the witness who testified for the government and the grand jury transcript and exhibits.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, Virgil Hall
(Requester)

Dated this 13th day of July, 20 21

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Virgil Hall
CURRENT ADDRESS: MCFP Springfield P.O. Box 4000 Springfield, MO 65801
DATE OF BIRTH: July 26, 1970
PLACE OF BIRTH: St. Louis, MO
EMPLOYEE I.D. NUMBER: N/A

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this 13th day of July, 20 21

Signature: Virgil Hall
NU



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

August 17, 2021

MR. VIRGIL HALL
**17730-081
MEDICAL CENTER FOR FEDERAL PRISONERS
POST OFFICE BOX 4000
SPRINGFIELD, MO 65801-4000

Request No.: 1502453-000
Subject: HALL, VIRGIL

Dear Mr. Hall:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. Based on the information you provided, we conducted a search of the places reasonably expected to have records. However, we were unable to identify records responsive to your request. Therefore, your request is being closed. If you have additional information pertaining to the subject of your request, please submit a new request providing the details, and we will conduct an additional search.

Please see the paragraphs below for relevant information that may be specific to your request. Only checked boxes contain corresponding paragraphs relevant to your request. If no boxes are checked, the corresponding information does not apply.

☐ Please be advised that your request was reopened based on the additional information you provided. A new search was conducted, and we were unable to identify responsive records.

☐ Records potentially responsive to your request were destroyed. Since this material could not be reviewed, it is not known if it was responsive to your request. Record retention and disposal is carried out under supervision of the National Archives and Records Administration (NARA) according to Title 44 United States Code Section 3301, Title 36 Code of Federal Regulations (CFR) Chapter 12 Sub-chapter B Part 1228, and 36 CFR 1229.10. Please be advised that the General Records Schedule (GRS) disposition authority for FOIPA records is DAA-GRS-2016-0002-0001 (GRS 4.2, Item 020).

☐ Records potentially responsive to your request were transferred to the National Archives and Records Administration (NARA). If you wish to review these records, file a FOIPA request with NARA at the following address:

National Archives and Records Administration
Special Access and FOIA
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001

☐ Potentially responsive records were identified during the search. However, we were advised that they were not in their expected locations. An additional search for the missing records also met with unsuccessful results. Since we were unable to review the records, we were unable to determine if they were responsive to your request.

☐ The portion of your request concerning an FBI identification record – commonly referred to as a criminal history record or "rap sheet" – has been forwarded to the Criminal Justice Information Services (CJIS) Division for processing. For additional information, see the enclosed FBI FOIPA Addendum General Information Section.

☐ Requests for expedited processing are not applicable when a final response is issued within ten calendar days.



**U.S. Department of Justice**

*ANDREA M. MARTINEZ*
*Acting United States Attorney*
*District of Utah*

| | | |
|---|---|---|
| *REPLY TO:*<br>*Valerie Maxwell*<br>*FOIA Coordinator*<br>*(801) 325-3217* | *Office of the United States Attorney*<br>*111 South Main Street, Suite 1800*<br>*Salt Lake City, Utah  84111-2176* | *(801) 524-5682*<br>*(800) 949-9451*<br>*Fax: (801)524-3399* |

June 25, 2021

**Sent via US Postal Service**

Virgil Hall
Inmate No. 17730-081
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

      Re:  Freedom of Information Act Request

Dear Mr. Hall:

      This letter is to inform you that your Freedom of Information Act (FOIA) Request that was sent to our office via email and received in our office June 24, 2021, has been forwarded to the FOIA/Privacy Staff in the Executive Office for United States Attorneys, Department of Justice, 175 N, St, NE 5th Floor, 3CON Bldg., Washington, DC  20002. Should you have any questions regarding your FOIA request, please feel free to contact me.

                    Sincerely,

                    ANDREA M. MARTINEZ
                    Acting United States Attorney

                    *Valerie Maxwell*

                    Valerie Maxwell, FOIA Coordinator
                    U.S. Attorney's Office, District of Utah

## FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

TO: Davis County Jail
    800 W. State St.
    Farmington, UT 84025

FROM: Virgil Hall #17730-081
    ~~_____~~ MCFP Springfield
    P.O. Box 4000
    Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Requesting the dates and charges while in custody doing the year 2011 concerning Virgil Hall and any/all paper work pretaining to Virgil Halt including out count and custody transfer

**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_
            **(Requester)**

Dated this 30th day of August, 2021

**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Virgil Hall #17730-081
CURRENT ADDRESS: MCFP Springfield, P.O. Box 4000 Springfield, MO 65801
DATE OF BIRTH: July 6, 1970
PLACE OF BIRTH: St. Louis, MO
EMPLOYEE I.D. NUMBER: N/A

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this 30th day of August, 2021
      Signature: _Virgil Hall_
                  NO

TO: Washington County
Purgatory Corr. Facility
750 South 5300 West
Hurricane, UT 84737

FROM: Virgil Hall #17730-081
MCFP Springfield
P.O. Box 4000
Springfield MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Requesting a copy of the federal detainer, the order for continued detention, case number, docket sheet, rules and policy on warrantless arrest and continued detention and the court that granted such order.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_
(Requester)

Dated this _23_ day of _August_, 20_21_

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: _Virgil Hall #17730-081_
CURRENT ADDRESS: _MCFP Springfield, P.O. Box 4000, Springfield, MO 65801_
DATE OF BIRTH: _July 6, 1970_
PLACE OF BIRTH: _St Louis, MO_
EMPLOYEE I.D. NUMBER: _N/A_

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this _23_ day of _August_, 20_21_      Signature: _Virgil Hall_

TO: Washington County
Purgatory Corr. Facility
750 South 5300 West
Hurricane, UT 84737

FROM: Virgil Hall #17730-081
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Mr. Hall is requesting the record that show all out count dates when Mr. Hall left the facility and why.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_
(Requester)

Dated this 25th day of August, 20 21

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Virgil Hall #17730-081
CURRENT ADDRESS: MCFP Springfield, P.O. Box 4000, Springfield, MO 65801
DATE OF BIRTH: July 6, 1970
PLACE OF BIRTH: St. Louis, MO
EMPLOYEE I.D. NUMBER: N/A

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this 25 day of August, 20 21

Signature: _Virgil Hall_
N/A

TO: Iron County Sheriff
Jail Division
703 W. 600 S.
Cedar City, UT 84720

FROM: Virgil Hall #17730-081
MCFP Springfield
P.O. Box 4000
Springfield, MO 65801

PURSUANT TO TITLE 5, UNITED STATES CODE, SECTION 552, 552a, I THE UNDERSIGNED, IDENTIFIED AS ABOVE, RESPECTFULLY REQUESTS THE ACCESS TO, THE DISCLOSURE OF, THE RELEASE OF, AND THE OPPORTUNITY TO CORRECT AND AMEND, THE FOLLOWING RECORDES MAINTAINED BY YOUR AGENCY:

Requesting the dates and charges while in custody starting at Nov. 3, 2010 concerning Virgil Hall and any/all paper work pretaining to Virgil Hall including out count, and custody transfers.

I AM ALSO REQUESTING A COPY OF THE APPLICATION RULES & REGULATIONS FOR YOUR AGENCY AS PROVIDED FOR BY THE FOI/PA, AS AMENDED BY PUBLIC LAW 93-502, 88 STAT. 1561

IF FOR ANY REASON, ANY OF THE ABOVE-REQUESTED RECORDS ARE DEEMED TO BE NON-DISCLOSABLE, OR NON-RELEASABLE, PLEASE SPECIFY THE REGULATORY & STATUTORY EXEMPTION RELIED UPON, AND STATE WHETHER THE ENTIRE DOCUMENT OR ONLY A PORTION THERFORE, IS DEEMED NON-DISCLOSABLE, AND FURNISH THE NAME AND TITLE OF THE PERSON MAKING THE DECISION.

REQUESTER IS AN INDIGENT INMATE AT MCFP Springfield AND REQUESTS THAT ANY SEARCH AND/OR DUPLICATION FEES BE WAIVED, OR IN THE ALTERNATIVE, THAT ACCESS BE PROVIDED BY ALLOWING REQUESTER TO VIEW AND TAKE NOTES OF THE RECORDS RATHER THAN BE PROVIDED WITH COPIES.

THE FOI/PA PROVIDES FOR A REPLY TO THIS REQUEST IN TEN (10) WORKING DAYS. REQUESTER HEREBY INVOKES THIS PROVISION FOR A RESPONSE TO THIS REQUEST WITHIN TEN (10) WORKING DAYS.

Respectfully Submitted, _Virgil Hall_
(Requester)

Dated this 30th day of August, 20 21

PRIVACY ACT STATEMENT: In accordance with 28 CFR Section 16.41, personal data to identify the individual submitting request by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required.

FULL NAME OF REQUESTER: Virgil Hall #17730-081
CURRENT ADDRESS: MCFP Springfield, P.O. Box 400 Springfield, MO 65801
DATE OF BIRTH: July 6, 1970
PLACE OF BIRTH: St. Louis, MO
EMPLOYEE I.D. NUMBER: N/A

I certify that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 of by imprisonment of not more than five (5) years or both, and that requesting of obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a (i) (3), by a fine of not more than $5,000.

Dated this 30th day of August, 20 21

Signature: _Virgil Hall_
NU

United States District Court
District of Utah

Office of the Clerk
rrin G. Hatch United States Courthouse

351 South West Temple
Salt Lake City, Utah
84101
Official Business

Hasler
06/22/2021
US POSTAGE    $01.80

FIRST-CLASS MAIL

ZIP 84101
011D11628168



LEGAL MAIL

(b)(3),APPEAL,CJA,CLOSED,CR_ST_GEORGE,DRUG2,FPD,LODGE_DOC,MOTREF

> [ Email All Attys ]
> [ Email All Attys and Secondary Emails ]

# US District Court Electronic Case Filing System
## District of Utah (Central)
# CRIMINAL DOCKET FOR CASE #: 2:10-cr-01109-TS All Defendants
## Internal Use Only

Case title: USA v. Hall et al                                      Date Filed: 12/15/2010
Other court case numbers:  16-4210 USCA-Tenth Circuit      Date Terminated: 11/09/2011
                                     2:14cv364 TS USDC Utah
                                     4:20-cv-00096 USDC Dist of UT
Magistrate judge case number: 2:10-mj-00325-RTB

---

Assigned to: Judge Ted Stewart

Appeals court case numbers: 12-10310
Supreme, 16-4049 Tenth, 18-4018 Tenth

**Defendant (1)**

**Virgil Hall**                              represented by   **Virgil Hall**
*TERMINATED: 11/09/2011*                                   1020 S 14TH ST APT 314
                                                           ST LOUIS, MO 63104
                                                           Email:
                                                           PRO SE

                                                           **Douglas D. Terry**
                                                           DOUGLAS D TERRY & ASSOCIATES
                                                           132 W TABERNACLE BLDG B
                                                           ST GEORGE, UT 84770
                                                           (435)628-4411
                                                           Email: ddtlaw@infowest.com
                                                           *TERMINATED: 11/16/2011*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: CJA Appointment*

                                                           **LaMar J Winward**
                                                           WINWARD LAW PLLC
                                                           132 W TABERNACLE BLDG B
                                                           ST GEORGE, UT 84770
                                                           (435)628-1191
                                                           Email: lamarjwinward@gmail.com
                                                           *TERMINATED: 11/14/2011*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

*Designation: CJA Appointment*

**Steven B. Killpack**
STEVEN B KILLPACK ESQ
741 W 1150 S
SPRINGVILLE, UT 84663
801-656-5221
Fax: 801-852-3077
Email: killpack@rocketmail.com
*TERMINATED: 07/18/2011*
*LEAD ATTORNEY*
*Designation: Public Defender or*
*Community Defender Appointment*

**Aric M. Cramer**
CRAMER CRAMER LLC
249 E TABERNACLE STE 102
ST GEORGE, UT 84770
(435)627-1565
Email: ariccramer@gmail.com
*Designation: CJA Appointment*

**Jay T. Winward**
US ATTORNEY'S OFFICE
20 N MAIN ST STE 208
ST GEORGE, UT 84770
(435)634-4264
Email: Jay.Winward@usdoj.gov
*TERMINATED: 11/14/2011*
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841 NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE/Possession of Cocaine with Intent to Distribute;18:2 Aiding and Abetting; 21:853 Criminal Forfeiture (1) | BOP: 120 months; S/R: 60 months; FINE: Waived; SPA: $100; FORFEITURE: 2008 Ford Explorer, VIN 1FMEU74E08UA58439 and $12,390 in United States currency **AMENDED JUDGMENT:** Judgment [119] amended to reflect dft was found guilty after a plea of not guilty rather than dft pleaded guilty |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

## Highest Offense Level (Terminated)

None

## Complaints

21:841/ 21USC 841(a)(1) Possession with
intent to Distribute Cocaine (500 Grams or
More)

## Disposition

---

Assigned to: Judge Ted Stewart

## Defendant (2)

**Larry Donnell Woods**
*TERMINATED: 08/17/2011*
*also known as*
Larry Woods
*TERMINATED: 08/17/2011*

represented by **Jamie Z. Thomas**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 325-3238
Email: jamie.thomas@usdoj.gov
*TERMINATED: 12/15/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Keith C. Barnes**
BARNES LAW OFFICES PC
415 N MAIN ST STE 303
CEDAR CITY, UT 84721
(435)586-6999
Email: keith@keithcbarnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

21:841 NARCOTICS - SELL,
DISTRIBUTE, OR DISPENSE/Possession
of Cocaine with Intent to Distribute;18:2
Aiding and Abetting; 21:853 Criminal
Forfeiture
(1)

## Disposition

BOP: 70 months; S/R: 60 months; FINE:
No fine imposed; SPA: $100

## Highest Offense Level (Opening)

Felony

## Terminated Counts

## Disposition

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841/ 21USC 841(a)(1) Possession with intent to Distribute Cocaine (500 Grams or More) | |

**Notice Party**

**Theresa Del Casale-Merino**
*TERMINATED: 03/10/2015*

**Plaintiff**

**USA**                                    represented by **Robert A. Lund**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 524-5682
Email:
*TERMINATED: 12/16/2014*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cy H. Castle**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801)325-3214
Email: cy.castle@usdoj.gov
*TERMINATED: 02/10/2012*
*ATTORNEY TO BE NOTICED*

**David F. Backman**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801) 524-5682
Email: david.backman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Paul D. Kohler**
US DISTRICT COURT - UTAH
206 W TABERNACLE

ST GEORGE, UT 84770
(435)456-7580
Email:
*ATTORNEY TO BE NOTICED*

**Tyler L. Murray**
US ATTORNEY'S OFFICE
111 S MAIN ST STE 1800
SALT LAKE CITY, UT 84111-2176
(801)325-3284
Email: tyler.murray2@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2010 | 1 | COMPLAINT as to Virgil Hall (1), Larry Woods (2). Assigned to Magistrate Judge Robert T. Braithwaite (gss) [2:10-mj-00325-RTB] (Entered: 12/08/2010) |
| 12/15/2010 | 4 | INDICTMENT as to Virgil Hall (1) count(s) 1, Larry Donnell Woods (2) count(s) 1. Assigned to Judge Ted Stewart (las) (Entered: 12/15/2010) |
| 12/15/2010 | 🔒 | (Court only) ***Set St. George Flag as to Virgil Hall, Larry Donnell Woods (las) (Entered: 12/15/2010) |
| 12/17/2010 | 7 | NOTICE OF ATTORNEY APPEARANCE: Keith C. Barnes appearing for Larry Donnell Woods (Barnes, Keith) (Entered: 12/17/2010) |
| 12/17/2010 | 8 | REQUEST for Discovery by Larry Donnell Woods (Barnes, Keith) (Entered: 12/17/2010) |
| 12/20/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Initial Appearance as to Virgil Hall held on 12/20/2010. Defendant present and in custody. Charging document read, rights and penalties explained.. The defendant submitted a financial affidavit. Attorney Appointment Hearing as to Virgil Hall held on 12/20/2010. Upon review of the affidavit, the Court appointed Ryan Stout as CJA counsel for the defendant. The Government is seeking detention. The Court stated a detention hearing will be heard on December 21, 2010, at 10:00 a.m. ( Detention Hearing set for 12/21/2010 10:00 AM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite.) The Defendant was remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Ryan Stout, CJA appointment. Probation Officer: Coby Leavitt. Court Reporter: Electronic. (gss) (Entered: 12/21/2010) |
| 12/20/2010 | 13 | Arrest Warrant Returned Executed on 12/20/10, filed on 12/20/10 in case as to Virgil Hall. (gss) (Entered: 12/21/2010) |
| 12/20/2010 | 14 | Arrest Warrant Returned Executed on 12/20/10, filed on 12/20/10 in case as to Larry Donnell Woods. (gss) (Entered: 12/21/2010) |
| 12/20/2010 | 15 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Initial Appearance as to Larry Donnell Woods held on 12/20/2010. Defendant present and in custody. Charging document read, rights and penalties explained. Arraignment as to Larry Donnell Woods (2) Count 1 held on |

| | | |
|---|---|---|
| | | 12/20/2010. The defendant at this time entered a plea of NOT GUILTY. Pretrial Conference as to Larry Donnell Woods held on 12/20/2010. A pre-trial order shall be filed. The Government is not seeking detention. The Court executed an Order of Release on Conditions. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Keith Barnes, Retained. Probation Officer: Coby Leavitt. Court Reporter: Electronic. (gss) (Entered: 12/21/2010) |
| 12/20/2010 | 16 | ORDER Setting Conditions of Release as to Larry Donnell Woods. Signed by Magistrate Judge Robert T. Braithwaite on 12/20/10. (gss) (Entered: 12/21/2010) |
| 12/20/2010 | 25 | Arrest on Indictment Warrant Returned Executed on 12/20/2010, filed on 2/8/2011 in case as to Larry Donnell Woods. (las) (Entered: 02/09/2011) |
| 12/20/2010 | 26 | Arrest on Indictment Warrant Returned Executed on 12/20/2010, filed on 2/8/2011 in case as to Virgil Hall. (las) (Entered: 02/09/2011) |
| 12/21/2010 | 19 | PRETRIAL ORDER as to Larry Donnell Woods. Interpreter needed: No. Defendants release or detention status: Released on conditions. Motions due by 2/14/2011. Plea Agreement due by 2/22/2011. Proposed Jury Instructions along with proposed voir dire questions 3/2/2011. 2 day Jury Trial set for 3/7/2011 08:30 AM in Room 2B (St George) before Judge Ted Stewart. Signed by Magistrate Judge Robert T. Braithwaite on 12/21/10. (gss) (Entered: 12/27/2010) |
| 12/21/2010 | 20 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Detention Hearing as to Virgil Hall held on 12/21/2010. Defendant present with counsel and in custody. Mr. Kohler addressed the Court and stated reason into the record as to why the Government is seeking detention. Mr. Stout addressed the Court and stated argument to the Court for the release of the defendant. The Court after hearing argument, ordered the defendant detained. An order of detention shall be filed. The defendant is remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Ryan Stout, CJA appointment. Probation Officer: Coby Leavitt and Cordell Wilson. Court Reporter: Electronic. (gss) (Entered: 12/27/2010) |
| 12/21/2010 | 21 | ORDER OF DETENTION PENDING TRIAL as to Virgil Hall. Signed by Magistrate Judge Robert T. Braithwaite on 12/21/10. (gss) (Entered: 12/27/2010) |
| 12/21/2010 | 22 | PRETRIAL ORDER as to Virgil Hall. Interpreter needed: No. Defendants release or detention status: In Custody. Motions due by 2/14/2011. Plea Agreement due by 2/22/2011. Proposed Jury Instructions along with proposed voir dire questions 3/2/2011. 2 day Jury Trial set for 3/7/2011 08:30 AM in Room 2B (St George) before Judge Ted Stewart. Signed by Magistrate Judge Robert T. Braithwaite on 12/21/10. (gss) (Entered: 12/27/2010) |
| 12/22/2010 | 17 | GOVERNMENTS STATEMENT OF DISCOVERY POLICY by USA as to Virgil Hall, Larry Donnell Woods and INITIAL CERTIFICATE OF COMPLIANCE 00001-00211 (Kohler, Paul) (Entered: 12/22/2010) |
| 12/23/2010 | 18 | NOTICE OF ATTORNEY APPEARANCE: Douglas D Terry appearing for Virgil Hall (Terry, Douglas) (Entered: 12/23/2010) |

| 07/01/2011 | 100 | **AMENDED NOTICE OF HEARING** as to Virgil Hall (Notice generated by gss) Sentencing set for 9/6/2011 11:30 AM in Room 2B (St George) before Judge Ted Stewart. **NOTE** TIME OF DAY CHANGE ONLY (gss) (Entered: 07/01/2011) |
| 07/05/2011 | 101 | CERTIFICATE OF COMPLIANCE *with regard to publication* filed by USA as to Virgil Hall. (Attachments: # 1 Proof of Publication)(Castle, Cy) (Entered: 07/05/2011) |
| 07/06/2011 | 102 | JUDGMENT OF FORFEITURE as to Virgil Hall. Signed by Judge Ted Stewart on 07/06/2011. (tls) (Entered: 07/06/2011) |
| 07/06/2011 | 🔒 | (Court only) ***Motions terminated as to Virgil Hall: 99 MOTION for Forfeiture of Property filed by USA. (tls) (Entered: 07/06/2011) |
| 07/06/2011 | 🔒 | (Court only) ***Motions terminated as to Larry Donnell Woods: 99 MOTION for Forfeiture of Property filed by USA. (tco) (Entered: 07/06/2011) |
| 07/14/2011 | 103 | Governments Position with Respect to Sentencing Factors as to Larry Donnell Woods (Kohler, Paul) (Entered: 07/14/2011) |
| 07/15/2011 | 104 | MOTION to Withdraw as Attorney *Co-Counsel* by Steven B. Killpack. filed by Virgil Hall. (Attachments: # 1 Text of Proposed Order)(Killpack, Steven) (Entered: 07/15/2011) |
| 07/18/2011 | 105 | ORDER granting 104 Motion to Withdraw as Attorney. Steven B. Killpack withdrawn from case for Virgil Hall (1). Signed by Judge Ted Stewart on 07/18/2011. (tls) (Entered: 07/18/2011) |
| 07/18/2011 | 106 | Defendants Position with Respect to Sentencing Factors as to Larry Donnell Woods (Barnes, Keith) (Entered: 07/18/2011) |
| 08/08/2011 | 108 | Minute Entry for proceedings held before Judge Ted Stewart: Sentencing held on 8/8/2011 for Larry Donnell Woods (2), Count(s) 1, BOP: 70 months; S/R: 60 months; FINE: No fine imposed; SPA: $100. COP: 05/16/11. The Defendant sentenced to 70 months BOP, followed by 60 months supervised release. The Court granted a 2 level departure. Standard and mandatory conditions imposed. The following special conditions imposed: 1. The defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order. 2. The Defendant will submit to drug/alcohol testing under a co-payment plan as directed by the probation office. 3. The defendant shall participate in a substance abuse evaluation and treatment as recommended under a co-payment plan as directed by the probation office. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order. 4. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by the probation office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. No fine imposed. SPA of $100 payable immediately. Appeal rights explained. The Defendant shall self-surrender on October 3, 2011, at 2:00 p.m. as designated by the BOP. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Keith Barnes, Retained. Probation Officer: Coby Leavitt. Court |

|  |  | Reporter: Russ Morgan. (gss) (Entered: 08/09/2011) |
|---|---|---|
| 08/17/2011 | 109 | JUDGMENT as to Larry Donnell Woods (2), Count(s) 1, BOP: 70 months; S/R: 60 months; FINE: No fine imposed; SPA: $100. Defendant Termed. Signed by Judge Ted Stewart on 08/17/2011. (tls) (Entered: 08/18/2011) |
| 08/24/2011 | 112 | **AMENDED NOTICE OF HEARING** as to Virgil Hall (Notice generated by gss) Sentencing RE-set for 11/8/2011 09:00 AM in Room 2B (St George) before Judge Ted Stewart. (gss) (Entered: 08/24/2011) |
| 08/24/2011 | 113 | **NOTICE OF HEARING ON MOTION** in case as to Virgil Hall re 111 MOTION to Re-Appoint Counsel received in the form of a Letter. (Magistrate Judge Robert T. Braithwaite originally appointed counsel.) : (Notice generated by gss) Motion Hearing set for 9/12/2011 01:30 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 08/24/2011) |
| 09/12/2011 | 115 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Motion Hearing as to Virgil Hall held on 9/12/2011 re 111 MOTION to Re-Appoint Counsel received in the form of a Letter. (Magistrate Judge Robert T. Braithwaite originally appointed counsel.) filed by Virgil Hall. The Defendant present and in custody. The Court addressed counsel and the defendant. Upon review of the documentation filed by the defendant. The Court denied the motion. The matter is set for sentencing on November 8, 2011, at 9:00 a.m. The Defendant remanded to the custody of the USMS. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Jay Winward/LaMar Winward, CJA appointment. Probation Officer: Coby Leavitt. Court Reporter: Electronic. (gss) (Entered: 09/13/2011) |
| 09/15/2011 | 🔒 | (Court only) ***Motions terminated as to Virgil Hall, Larry Donnell Woods: 114 MOTION to Re-Appoint Counsel received in the form of a Pro Se Letter. (Magistrate Judge Braithwaite originally appointed counsel.) filed by Virgil Hall, 111 MOTION to Re-Appoint Counsel received in the form of a Letter. (Magistrate Judge Robert T. Braithwaite originally appointed counsel.) filed by Virgil Hall. Motions denied per Docket No. 115. (tco) (Entered: 09/15/2011) |
| 11/02/2011 | 116 | Governments Position with Respect to Sentencing Factors as to Virgil Hall (Kohler, Paul) (Entered: 11/02/2011) |
| 11/02/2011 | 117 | Defendants Position with Respect to Sentencing Factors as to Virgil Hall (Winward, LaMar) (Entered: 11/02/2011) |
| 11/08/2011 | 118 | Minute Entry for proceedings held before Judge Ted Stewart: Sentencing held on 11/8/2011 for Virgil Hall (1), Count(s) 1, BOP: 120 months; S/R: 60 months; FINE: Waived; SPA: $100; FORFEITURE: 2008 Ford Explorer, VIN 1FMEU74E08UA58439 and $12,390 in United States currency. The defendant present and in custody. The defendant sentenced to 120 months BOP, followed by 60 months supervised release. The standard and mandatory conditions imposed. The following special conditions imposed: 1. The defendant shall not use or possess alcohol, nor frequent businesses where alcohol is the chief item of order. 2. The defendant will submit to drug/alcohol testing under a co-payment plan as directed by the probation office. 3. The defendant shall participate in a substance-abuse evaluation and/or treatment under a co-payment plan as directed by the probation office. During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where |

| | | |
|---|---|---|
| | | alcohol is the primary item of order. 4. The defendant shall submit his person, residence, office, or vehicle to a search, conducted by the probation office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition. No fine imposed. SPA of $100 payable immediately. Appeal rights explained. The Court ordered the Forfeiture of the 2008 Ford Explorer, VIN 1FMEU74E08UA58439 and $12,390 in United States currency and the Order dated July 6, 2011, be made final. The Defendant remanded to the custody of the USMS. Attorney for Plaintiff: Matt Bell, Attorney for Defendant: LaMar Winward and co-counsel Jay Winward, CJA appointment. Probation Officer: Coby Leavitt. Court Reporter: Russ Morgan. (gss) (Entered: 11/08/2011) |
| 11/09/2011 | 119 | JUDGMENT as to Virgil Hall (1), Count(s) 1, BOP: 120 months; S/R: 60 months; FINE: Waived; SPA: $100; FORFEITURE: 2008 Ford Explorer, VIN 1FMEU74E08UA58439 and $12,390 in United States currency. Defendant Termed. Case Closed. Signed by Judge Ted Stewart on 11/09/2011. (asp) (Entered: 11/10/2011) |
| 11/10/2011 | 121 | Defendant's MOTION to Withdraw as Attorney by LaMar J Winward. filed by Virgil Hall. (Attachments: # 1 Text of Proposed Order Allowing Withdrawal of Counsel)(Winward, LaMar) (Entered: 11/10/2011) |
| 11/10/2011 | 122 | ORDER REFERRING MOTION as to Virgil Hall 121 Defendant's MOTION to Withdraw as Attorney by LaMar J Winward filed by Virgil Hall Referred to Judge Braithwaite. Motions referred to Robert T. Braithwaite. Signed by Judge Ted Stewart on 11/10/2011. (tco) (Entered: 11/10/2011) |
| 11/14/2011 | 123 | **NOTICE OF HEARING ON MOTION** in case as to Virgil Hall re 121 Defendant's MOTION to Withdraw as Attorney by LaMar J Winward. : (Notice generated by gss) Motion Hearing set for 11/14/2011 01:30 PM in Room 2B (St George) before Magistrate Judge Robert T. Braithwaite. (gss) (Entered: 11/14/2011) |
| 11/14/2011 | 124 | NOTICE OF APPEAL by Virgil Hall re 119 Judgment. Filing fee $ 455. Appeals to the USCA Tenth Circuit. Fee Status: Not Paid (las) (Entered: 11/16/2011) |
| 11/14/2011 | 126 | Minute Entry for proceedings held before Magistrate Judge Robert T. Braithwaite: Motion Hearing as to Virgil Hall held on 11/14/2011 re 121 Defendant's MOTION to Withdraw as Attorney by LaMar J Winward. filed by Virgil Hall. The Defendant present and in custody. Mr. Jay Winward addressed the Court as to his withdrawal of counsel as requested by the defendant. The Court granted the motion and appointed Aric Cramer as CJA counsel for the defendant to assist him in his appeal. Attorney for Plaintiff: Paul Kohler, Attorney for Defendant: Jay Winward, CJA appointment. Probation Officer: Coby Leavitt. Court Reporter: Electronic. (gss) (Entered: 11/16/2011) |
| 11/14/2011 | 127 | DOCKET TEXT ORDER granting 121 Motion to Withdraw as Attorney. Jay T. Winward and LaMar J Winward withdrawn from case for defendant. as to Virgil Hall (1). Signed by Magistrate Judge Robert T. Braithwaite on 11/14/11. No attached document. (gss) (Entered: 11/16/2011) |

RECEIVED CLERK

MAY 1 2 2014
U.S. DISTRICT COURT

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 1 2 2014

MARK JONES, CLERK

DEPUTY CLERK

### SWORN AFFIDAVIT

In the matter of <u>Virgil Hall</u> case No 2:10-cr- 01109-TS
I swear and state that I am of legal age and can testify that
the foregoing statements are true and correct to the best of
my personal knowledge and belief as follows:

I <u>Virgil Hall</u> was allegedly indicted with a draft indict-
ment that was signed by some unauthorized person. That I be-
lieve to be counsel Jay Winward. Being that I had not seen a
indictment until he became my attorney  My first attorney Mr.
Stout stated the government didn't need an indictment and
never presented one. However the record does not reflect a
grand jury of 12 or more concurred to indict nor a foreperson
signing and retuning an indictment  No U S  Attorney or his
Asst. U S  Attorney signature to approve an indictment. Do to
ineffective assistance of trial counsel and appellate counsel
this indictment was never challenge. Only to be told by both
attorneys that my indictment is no issue at all.

Do to these ineffective of counsels the drugs that was
presented in trial the prosecutor was never challenge after
the record show that there was talk about a controlled de-
livery with the co-defendant. Being the drugs was totally
different form the drugs found in the spare tire of my co-
defendant's truck at the time of the arrest. The drugs that
was presented in trial was two clear like plastic bags with
a substance appearing to be in rock form  The record show
powder cocaine was found at the time of the arrest. Which
was 8 separate blocks wrapped in gray tape  Having the arrest
ing officer Ryan Bauer stated on the stand doing cross exami-
nation by Lamar Winward [do to the Jay Winward my appointed
attorney missed my first day of trial]that he officer Bauer
did not sign those drugs over to the DEA. Having both trial
counsel and appellate counsel go against my wishes and request
for a chain of custody that I am still requesting.

Doing trial, counsel fail to present any evidence in favor of
the defendant. After being ask to show the pictures of the drugs
to prove the drugs was different. Counsel fail to present the sur-
valliance tape of my co-defendant in Wal Green purchasing the ma-
terial the drugs was wrapped in, fail to present or show there was
no evidence in my lugage bag that had anything to do with a drug
deal. But my co-defendant gray suit contain the dryer sheets, zip
lock bags, rubber bands and gray tape thet the drugs was wrapped
in along with a pair of jeans that belong to the co-defendant with
money that had the same rubber band around it like the money found
in the spare tire  None of these things presented in trial after
being ask to present them

1

original

Exhibit
Three

Before trial counsel fail to go over discovery with the defendant giving me only part of the discovery which should have been 206 pg. but giving me a copy with about 100 pg. then the same copies copied over with the pg. number changed to make up 206 pg. Each counsel I have had have covered up pg. 207 thats on a CD by itself that I believe to be a written statement that I'm still asking to see along with the rest of his discovery. Counsel refuse to go over the discovery after the defendant ask showing counsel I was denied access to view my CD's after repeatedly asking see request to staff. Refusing to set up an appointment is evidence that counsel did not prepare defendant nor make a defense in my behalf.

Counsel fail to investigate defendant's alibi, statements the co defendant made on the stand that he wired my wife 300$, the time he say he met me in Detroit area after changing his story from the statement counsel showed me and me writing a letter telling counsel how to counter act. The statement made at first was he met my brother 5 years ago and they talked about making money  A few weeks later they traveled to the Detroit area and he was intro duce to me  After telling and writing counsel that those was lies. My co-defendant get on the stand and state he met me in 2009 a 4 year difference from his first statement. The first statement for 5 years ago I was incarcerated from 2005 to 2007 and the second statement for 2009 I was incarcerated and released in 2009 to North Carolina neither time was I in Detroit

Counsel fail to call witnesses who was available and could have testified  Like my wife see affidavit thats attached and the investigator I asked counsel to hire who visited me with documents showing what he call "golden information" where my co-defendant was flagged by the police and refuse to stop while throwing drugs out the car window until he made it to his place of residence. Then lying to the police officers saying someone was int the car with him throwing the drugs out. Never to be violated because at this time he was on federal probation. These are strong issues that could have gotten the government key witness and only witness impeached. Along with all the statements made by the co-defendant that trial counsel fail to mention doing trial and that I ask the court to take in consideration. 1. Larry Woods stated he did not tell me there was money in the spare tire on my drive to Las Vegas 2. He park his truck somewhere and waited on a phone call saying he can pick it back up. 3. He the only one with access to his truck and spare tire. 4. He met with someone on a Churches Chicken lot in Las Vegas and they mounted the spare tire back on his truck. 5. He didn't even know there was money in the spare tire with the drugs but he did know the drugs was in there. 6. He stated this is all on me he had nothing to do with this meaning Virgil Hall  7 He stated all you have on Virgil Hall is a DUI this is on me. 8. Even the DEA is on record saying to Larry Woods all we have on Virgil Hall is a DUI unless you come up with something.

2

All of these facts resulted in the defendant's unlawful in-carceration. Do to untimely, inaccurate, and incomplete records. Being the Judgment is without a court seal and clerk signature never to be returned to become an original. See Judgment and Com-mitment a certified copy that defendant paid 12.00$ for that de-ceitfully have the annexed stamped on the face of it. See indict-ment that don't have the court seal or clerk signature evidencing defendant's violation of 6th Amendment right to open court and public trial. Showing that the court is without subject matter jurisdiction. Also see order from Court of Appeals confirming that this is all the clerk have on record.

All of the above shows that both trial and appellate counsel performance have fell below a reasonable standard, prejudicing the defendant from their deficient proformance. Showing either both counsels trial and appellate are incompetent failing to do their Sixth Amendment duty-right to effective assistance of counsel are they plain, right out conspired with government officials to CON-VICT THE DEFENDANT.

May 8, 2014
DATE

Respectfully Sumitted

Respectfully Presented, per 28 USC 1746, 18 USC 1001.287 and 31 USC 3729 under penalty of perjury.

Nigel Hall
SIGNATURE

3



**Washington County Sheriff's Office &**
**Purgatory Correctional Facility**
750 South 5300 West
Hurricane, Utah 84737

AUG 1 6 2021

$0.91 0
US POSTAGE
FIRST-CLASS
062SU000951007
84737

☐ UNDELIVERABLE AS ADDRESSED
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY
☐ NO SUCH NUMBER
☐ NO SUCH STREET
☒ REFUSED     ☐ ILLEGIBLE
☐ BOX CLOSED  ☐ VACANT
☐ IN DISPUTE  ☐ DECEASED

RETURN
TO SENDER

RETURNED FOR POSTAGE

FEDERAL INMATES CANNOT
RECEIVE POSTAGE DUE MAIL.

Virgil
Med
PO B
Spri

4 oz Flat = 160
pd  91
.69

POSTAGE DUE

Washington County
Purgatory Correctional Facility
750 South 5300 West
Hurricane, UT 84737



$1.60 0
US POSTAGE
FIRST-CLASS
062S0000951007
84737



Virgil Hall #17730-081
Medical Center For Federal Prisoners
PO Box 4000
Springfield, MO. 65801-4000

Exhibit Four

65801$4000 B095



# Washington County Sheriff's Office

Booking Summary Report, by Date and Time

---

| | | |
|---|---|---|
| No Photo | **Inmate Name:** HALL, VIRGIL | **Booking Number(s):** 105543 |
| | **Name Number:** 364366 | **Booked By:** WCJL |
| | **Booking Date:** 18:13:36 12/20/10 | |
| | **Release Date:** 04:27:28 06/07/11 | |

| Offense Date | Statute | Offense Description | Disposition | Court | Class | Entry Code | Jud. Status |
|---|---|---|---|---|---|---|---|
| 16:54:52 12/20/2010 | FEDERAL | FEDERAL HOLD_WARRANT_DETAINER | | USDC | FO | CRIM | HLDC |

---

| | | |
|---|---|---|
| No Photo | **Inmate Name:** HALL, VIRGIL | **Booking Number(s):** 112406 |
| | **Name Number:** 364366 | **Booked By:** WCJL |
| | **Booking Date:** 15:12:58 09/07/11 | |
| | **Release Date:** 10:09:36 11/29/11 | |

| Offense Date | Statute | Offense Description | Disposition | Court | Class | Entry Code | Jud. Status |
|---|---|---|---|---|---|---|---|
| 15:13:54 09/07/2011 | FEDERAL | FEDERAL HOLD_WARRANT_DETAINER | | USDC | FO | CRIM | HLDO |

---

| **Total Inmates:** 1 | **Total Bookings:** 2 |
|---|---|

---

**Report Includes:**

All dates, All booking types, All release dates, All dispositions, All booking agencies, All billing agencies, All agencies booked for, All booking numbers, All name numbers matching ` 364366`.

```
12/20/10                  Washington County Jail                      4411
17:03          Warrantless Arrest Probable Cause Statement      Page:     1
```

The undersigned, _K Larsen_____, of the Washington City Fire Division ,
under oath states that there existed probable cause for the arrest without
warrant of the person named below based upon the following:

Name of person arrested: VIRGIL HALL                        DOB: 07/06/7?
Date of arrest: 12/20/10   Time: 16:54:52
Place of arrest: Purgatory

       The above-named person is currently being detained on the following
charges:

Offense                        Date/Time        Statute Code      CO  Bail Amt
------------------------------ ---------------- ------------      --  --------
FEDERAL HOLD/WARRANT/DETAINER 16:54:52 12/20/10 FEDERAL           FO  [signature]

       The undersigned believes that probable cause existed for this warrantless
arrest and the continued detention of the above-named person based upon the
following information which was either known by the undersigned personally or
was obtained by the undersigned in his/her capacity as a peace officer:

                 Court Commitment/Judge's Hold Narrative Report

Name of Originating Court:US District

Court Case Number(s):N/A

Offense Type(s) (Theft, Assault, etc):N/A

Arresting and/or Transporting Deputy: K. Larsen

Arrest Location: US District Court

Arrest or Custody Date and Time:Mon Dec 20 16:57:46 MST 2010

12/20/10                    Washington County Jail                          4411
17:03          Warrantless Arrest Probable Cause Statement        Page:       2

     The undersigned requests the magistrate to whom this statement is
presented to execute an order determining that probable cause existed for the
above-described warrantless arrest, authorizing the continued detention of the
above-named person on the stated charges, and setting appropriate bail, if any.

I declare under criminal penalty of the State of Utah that the foregoing is
true and correct.

____12____ day of ____December____ .

                                            _____
                                            Officer

State of Utah
County of Washington

06/07/11                    Washington County Jail                          4533
04:31                                                              Page:    1

                  Release and Hold Harmless Agreement

The undersigned hearby accepts custody of VIRGIL HALL
on release from the Washington County Corrections Jail.
The undersigned further accepts responsibility for VIRGIL HALL
and agrees to hold Washington County Corrections, its agents,
employees harmless from any liability resulting from this release.

Dated this 7th day of June 2011 at 4:31 at the
Washington County Corrections.

                              _____
                              Person accepting custody

                              _____
                              Printed Name

                              _____
                              Address

                              ID __USMS__ , ID# _3567_

                              Relationship _____

                              _____
                              Corrections Officer

```
09/07/11                    Washington County Jail                      4891
16:13          Warrantless Arrest Probable Cause Statement      Page:      1
```

The undersigned, ___C. ALDRED___ , of the Washington County Corrections ,
under oath states that there existed probable cause for the arrest without
warrant of the person named below based upon the following:

Name of person arrested: VIRGIL HALL                        DOB: 07/06/70
Date of arrest: 09/07/11 · Time: 15:13:54
Place of arrest: Purgatroy

   The above-named person is currently being detained on the following
charges:

| Offense | Date/Time | Statute Code | CC | Bail Amt |
|---|---|---|---|---|
| FEDERAL HOLD/WARRANT/DETAINER | 15:13:54 09/07/11 | FEDERAL | FO | |

   The undersigned believes that probable cause existed for this warrantless
arrest and the continued detention of the above-named person based upon the
following information which was either known by the undersigned personally or
was obtained by the undersigned in his/her capacity as a peace officer:

Federal Detainer.


   The undersigned requests the magistrate to whom this statement is
presented to execute an order determining that probable cause existed for the
above-described warrantless arrest, authorizing the continued detention of the
above-named person on the stated charges, and setting appropriate bail, if any.

I declare under criminal penalty of the State of Utah that the foregoing is
true and correct.

___7Th___ day of ___SEPTEMBER, 2011___ .

                                             C. ALDRED
                                        _____
                                        Officer

State of Utah
County of Washington

11/29/11                    Washington County Jail                        4131
10:10                                                              Page:    1

### Release and Hold Harmless Agreement

The undersigned hearby accepts custody of VIRGIL HALL
on release from the Washington County Corrections Jail.
The undersigned further accepts responsibility for VIRGIL HALL
and agrees to hold Washington County Corrections, its agents,
employees harmless from any liability resulting from this release.

Dated this 29th day of November 2011 at 10:10 at the
Washington County Corrections.

_____
Person accepting custody

_____
Printed Name

            WCSU
_____
Address

ID _____, ID# _____

Relationship _____

_____
Corrections Officer

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VIRGIL HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 14-1082 (RBW) |
| | ) | ECF |
| FEDERAL BUREAU OF PRISONS, | ) | |
| U.S. MARSHALS SERVICE, and | ) | |
| OFFICE OF THE | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF PAUL KOHLER

I, Paul Kohler, declare as follows:

1.  I am an Assistant U.S. Attorney in the Criminal Division of the United States Attorney's Office for the District of Utah.

2.  My responsibilities largely consist of prosecuting criminal matters, but occasionally I assess the existence and availability of records related to requests that are made pursuant to the Freedom of Information Act ("FOIA"), if it regards a case upon which I worked.

3.  The statements I make in this declaration are made on the basis of my review of the official files and records of the U.S. Attorney's Office in Utah, my personal knowledge, or on the basis of knowledge acquired by me through the performance of my official duties.

4.  I am familiar with the procedures followed by the United States Attorney's Office for conducting searches for records responsive to FOIA requests. Also, I am familiar with the FOIA request submitted by Plaintiff Virgil Hall. Mr. Hall requested a copy of the original Indictment, which included the grand jury foreperson's signature. I interpreted Mr. Hall's request as seeking

Exhibit Five

the original Indictment in part because he had already filed a habeas corpus petition, pursuant to 28 U.S.C. § 2255 petition (hereinafter "2255 petition") in which he complained that the court lacked jurisdiction because the Indictment (in the public record and provided in discovery) did not have the foreperson's signature and the AUSA's signature was illegible.

5. I was provided the FOIA request by the U.S. Attorney's Office FOIA point of contact, Valerie Maxwell who works at the U.S. Attorney's Office in Utah. I reviewed it, consulted with a supervisor, and believed at that time that the original Indictment was stored only with the United States District Court (not the United States Attorney's Office). Accordingly, I informed Ms. Maxwell that we did not have the record in our District, which resulted in our office issuing a "no records" response to the Executive Office of United States Attorneys Freedom of Information Act/Privacy Act Staff ("EOUSA FOIA/PA Staff").

6. On May, 12, 2014, Mr. Hall filed a 2255 petition, in Civil Action No. 14-cv-364, in the U.S. District Court in the District of Utah, and in which he argues, inter alia, that his conviction should be vacated because he was not properly charged pursuant to the indictment. In his motion, Mr. Hall asserts that no proper indictment exists. Or, in other words, that he wants to see the original Indictment, which would include the identity of the Grand Jury foreperson who signed the indictment – information that is the subject of his FOIA request. A short time later, when doing more research related to Mr. Hall's Section 2255 motion, I learned that a copy of the original Indictment that was signed by the foreperson was found within our District's office. Believing that the foreperson's identity is protected, I provided an "in camera" copy to the U.S. District Court in the District of Utah as part of my 2255 response.

2

7. Also, I informed EOUSA of the document's existence and the fact that I issued a "no records" response. In an effort for EOUSA to provide Mr. Hall with an accurate response to this FOIA request, I provided EOUSA with a copy of the indictment; however, I still seek to protect the foreperson's signature for security reasons.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief. Executed this _____27_____ day of October, 2014.

PAUL KOHLER
Assistant United States Attorney
District of Utah

3

CARLIE CHRISTENSEN, United States Attorney (#633)
PAUL KOHLER, Assistant United States Attorney (#8224)
Attorneys for the United States of America
20 North Main Street, #208
St. George, Utah 84770
Telephone: #(435) 673-0569

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 1  2010
D. MARK JONES, CLERK
BY DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INDICTMENT |
| Plaintiff, | : | VIOLATION: |
| | : | 21 U.S.C. § 841(a)(1) |
| vs. | : | POSSESSION OF COCAINE WITH |
| | : | INTENT TO DISTRIBUTE |
| VIRGIL HALL and | : | |
| LARRY DONNELL WOODS, | : | Case: 2:10-cr-01109 |
| Defendants. | : | Assigned To : Stewart, Ted |
| | : | Assign. Date : 12/15/2010 |
| | | Description: USA v. |

The Grand Jury charges:

### COUNT I

On or about November 3rd, 2010, in the Central Division of the District of Utah,

**VIRGIL HALL and LARRY DONNELL WOODS,**

defendants herein, did knowingly and intentionally possess with intent to distribute 500 grams or

more of a mixture or substance containing a detectable amount of cocaine, a Schedule II

controlled substance within the meaning of 21 U.S.C. § 812, and each did aid and abet the other,

in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable under 21 U.S.C. §

841(b)(1)(B).

## NOTICE OF INTENT TO SEEK FORFEITURE

As a result of committing the felony offense alleged in Count I of this Indictment, the

above-named defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and

all property constituting and derived from any proceeds defendants obtained directly or indirectly

as a result of the offense and any and all property, real and personal, used or intended to be used

in any manner or part to commit and to facilitate the commission of the violation of 21 U.S.C. §

841 alleged in this Indictment, and any property traceable thereto--including but not limited to

the following:  A 2008 Ford Explorer (#1FMEU74E08UA58439); and $12,390.00 cash.

CARLIE CHRISTENSEN
United States Attorney

_FOR_

PAUL KOHLER
Assistant United States Attorney

-2-