Virgil Hall #17730-081
Medical Center for Federal Prisoners
P.O. BOX 4000
Springfield, Missouri 65801-4000



Legal Mail

**RECEIVED**

SEP 2 0 2021

**BY MAIL**

⇔17730-081⇔
　Clerk Of Court
　United States Courthouse
　111 S 10TH ST
　Saint Louis, MO 63102
　United States

